Yolanda Huang (State Bar No. 104543)
LAW OFFICES OF YOLANDA HUANG
475 14th Street, Suite 500
Oakland, California 94612
Telephone:  (510) 329-2140
Facsimile:    (510) 580-9410
E-Mail:         yhuang.law@gmail.com

DENNIS CUNNINGHAM, SBN 112910
115A Bartlett St.
San Francisco, CA 94110
Telephone: (415) 285-8091
Facsimile: (415) 285-8092
E-Mail:        denniscunninghamlaw@gmail.com

Attorneys for Plaintiffs
Tikisha Upshaw, Tyreka Stewart and
Andrea Hernandez

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| TIKISHA UPSHAW, TYREKA STEWART and ANDREA HERNANDEZ, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ALAMEDA COUNTY; ALAMEDA COUNTY SHERIFF'S OFFICE; SHERIFF GREGORY J. AHERN; ASSISTANT SHERIFF D. HOUGHTELLING, COMMANDER TOM MADIGAN; CAPTAIN D. HESSELEIN, CAPTAIN TARA RUSSELL, CAPTAIN D. SKOLDKVIST, DEPUTY STINSON, DEPUTY SENSIBA, DEPUTY SARTIN, DEPUTY KRANTAVILLE, DEPUTY HENDERSON, DEPUTY GUERRA, DEPUTY CRANDALL, DEPUTY CHANDRA AND DOES 1 THRU 50.<br><br>Defendants. | Case No. 3:18-cv-07814-JD<br><br>**PLAINTIFFS NOTICE OF MOTION FOR A LIMITED ISSUE CLASS CERTIFICATION**<br><br>Date:  August 1, 2019<br>Time: 10 a.m.<br>Dept: 11<br><br>Hon. James Donato, presiding |

1

**PLAINTIFFS' NOTICE OF MOTION FOR A LIMITED ISSUE CLASS CERTIFICATION**
*Upshaw et al v. Alameda County*,  United States District Court, Northern District of California, Case No. 3:18-cv-07814-JD

TO ALLL PARTIES AND THEIR COUNSELS OF RECORD:

PLEASE TAKE NOTICE that plaintiffs **TIKISHA UPSHAW, TYREKA STEWART AND ANDREA HERNANDEZ,** hereby move the court for a limited issue class certification. This motion will be heard on August 1, 2019, at 10 a.m., in Courtroom 11, United States Federal District Court, 450 Golden Gate Avenue, San Francisco, California.

This motion is made pursuant to Federal Rules of Civil Procedure 23(c)(4) which permits a limited issue class certification; and on the grounds that this motion meets all of the criteria named in F.R.C.P. Rule 23(a) and (b)(2), and that a limited issue class certification is in the interests of judicial economy.

Plaintiffs will ask the court to grant an order certifying the class of all women who are now or will be in the future, incarcerated in the Alameda County Jails; on the limited issue of whether Defendants' policies and practices depriving and disrupting women prisoners' sleep violates plaintiffs' and class members' constitutional rights; and for an order appointing Tikisha Upshaw, who is currently in custody and pretrial, as the class representative.

This motion is based on this notice, the accompanying memorandum of points and authorities, the declarations of Dr. Jamie Zeitzer, of plaintiff Tikisha Upshaw, and of Dennis Cunningham, and any further argument which may be permitted by the court.

                                    Respectfully submitted,

Dated: June 27, 2019            LAW OFFICE OF YOLANDA HUANG

                                    By:__*/s/ Yolanda Huang*_____
                                    YOLANDA HUANG

                                    DENNIS CUNNINGHAM

                                    By:__*/s/ Dennis Cunningham*___
                                    DENNIS CUNNINGHAM

                                    ATTORNEYS FOR PLAINTIFFS

2

**PLAINTIFFS' NOTICE OF MOTION FOR A LIMITED ISSUE CLASS CERTIFICATION**
*Upshaw et al v. Alameda County,* United States District Court, Northern District of California, Case No. 3:18-cv-07814-JD