1  Gregory B. Thomas (SBN 239870)
   E-mail: gthomas@bwslaw.com
2  Temitayo O. Peters (SBN 309913)
   E-mail: tpeters@bwslaw.com
3  BURKE, WILLIAMS & SORENSEN, LLP
   1901 Harrison Street, Suite 900
4  Oakland, CA 94612-3501
   Tel: 510.273.8780   Fax: 510.839.9104

Attorneys for Defendants
ALAMEDA COUNTY; ALAMEDA COUNTY
SHERIFF'S OFFICE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TIKISHA UPSHAW, et al., | Case No. 3:18-cv-07814-JD |
| Plaintiffs, | **STIPULATION FOR DISMISSAL** |
| vs. | |
| ALAMEDA COUNTY, et al. | |
| Defendants. | |

TO THE HONORABLE COURT AND ALL PARTIES AND COUNSEL:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs and Defendants of the above-entitled action, by and through the counsel of record, hereby stipulate to dismiss this action with prejudice, with each party bearing their own attorney' fees and costs.

Dated: October 28, 2022                     LAW OFFICES OF YOLANDA HUANG

                                            By: */s/ **Yolanda Huang***
                                                Yolanda Huang
                                                Attorneys for Plaintiffs

[ADDITIONAL SIGNATURES ON NEXT PAGE]

| | |
|---|---|
| 1   Dated:  October 31, 2022 | BURKE, WILLIAMS & SORENSEN, LLP |

By:  */s/ Temitayo O. Peters*
　　　Gregory B. Thomas
　　　Temitayo O. Peters
　　　Attorneys for Defendants
　　　ALAMEDA COUNTY; ALAMEDA
　　　COUNTY SHERIFF'S OFFICE

### SIGNATURE ATTESTATION

In accordance with Civil Local Rule 5(i)(3), I, Temitayo O. Peters, attest that I have obtained concurrence in the filing of this documents from the other signatories listed above.

By:  */s/ Temitayo O. Peters*
　　　TEMITAYO O. PETERS, ESQ.