UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIKISHA UPSHAW, et al., <br><br>    Plaintiffs, <br><br> v. <br><br> ALAMEDA COUNTY, et al., <br><br>    Defendants. | Case No.  3:18-cv-07814-JD <br><br> **ORDER RE OMAR POPE** |

The United States Marshals Service and Santa Rita Jail are hereby allowed to awake Omar Pope at **4:30 AM** each day during his trial so as to facilitate his arrival in the courtroom by **7:30 AM** in the case of *United States v. Omar Pope*, CR 22-00269 WHA.

**IT IS SO ORDERED.**

Dated: January 17, 2023

JAMES DONATO
United States District Judge